**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| MAURICE ODELL COX, | : | |
| Plaintiff, | : | |
| vs. | : | CA 18-0258-WS-MU |
| GENEVA COUNTY SHERIFF'S OFFICE, et al., | : | |
| | : | |
| Defendants. | | |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(I)(B) and dated July 18, 2018, is **ADOPTED** as the opinion of this Court and this action is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama, Southern Division.

**DONE** this 26th day of July, 2018.

                            **s/WILLIAM H. STEELE
                            UNITED STATES DISTRICT JUDGE**